# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11-cr-82-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| KENT DOUGLAS EASTON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's Pro Se Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 40).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: August 11, 2020

Max O. Cogburn Jr
United States District Judge