UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-82-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| KENT DOUGLAS EASTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 40). Defendant, an inmate at FCI Petersburg Low in Hopewell, Virginia, seeks a reduction of his sentence based on the COVID-19 pandemic. In support, he maintains that he suffers from debilitating circumstances based on a diagnosis of inguinal hernia that requires surgery. Title 18, Section 3582(c)(1)(A)(i) authorizes criminal defendants to request compassionate release from imprisonment based on "extraordinary and compelling reasons." But before doing so, they must at least ask the Bureau of Prisons to do so on their behalf and give the Bureau thirty days to respond. See United States v. Raia, No. 20-1033, 2020 WL 1647922, at *1 (3d Cir. Apr. 2, 2020). Here, as the Government asserts in its brief in opposition, Defendant has not provided the Bureau with thirty days to evaluate his compassionate release request before filing his motion in this Court. Thus, he has not exhausted his administrative remedies.

In sum, because Defendant has not exhausted available administrative remedies, the Court denies Defendant's motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Compassionate

Release/Reduction of Sentence, (Doc. No. 40), is **DENIED**, without prejudice to Defendant to refile the motion after he has exhausted his remedies with the BOP.

Signed: September 11, 2020

Max O. Cogburn Jr
United States District Judge